CHOTIN TRANSPORTATION INC.,
Plaintiff-Appellant, Cross-Appellee,

v.

UNITED STATES of America,
Defendant-Appellee,
Cross-Appellant.

Nos. 84–5652, 85–5138.

United States Court of Appeals,
Sixth Circuit.

June 17, 1986.

Before LIVELY, Chief Judge, ENGEL, KEITH, MERRITT, KENNEDY, MARTIN, JONES, CONTIE, KRUPANSKY, WELLFORD, MILBURN, GUY, NELSON, RYAN and BOGGS, Circuit Judges.

### ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:

> The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this Court, to stay the mandate and to restore the case on the docket as a pending appeal.